# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN JOSEPHSON, *et al.,* | |
| Plaintiffs, | Case No. 2:10-cv-00336-JCM-PAL |
| vs. | **ORDER** |
| EMC MORTGAGE CORPORATION, *et al.,* | (Mot to Stay - Dkt. #20) |
| Defendant. | |

Before the court is Defendants' Motion for Stay of Litigation and Discovery pending disposition of Motion for Judgment on the Pleadings (Dkt. #20). Plaintiffs have not filed a response, and the time for filing a response has run. LR 7-2(d) states that "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Accordingly,

**IT IS ORDERED** Defendants' Motion for Stay of Litigation and Discovery is **GRANTED.**

Dated this 15th day of November, 2010.

Peggy A. Leen
United States Magistrate Judge