AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF         Nevada

John Josephson et al

Plaintiffs,

V.

EMC Mortgage Corporation et al

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:10-CV-0336 JCM-PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that defendants EMC Mortgage Corporation and Mortgage Electronic Registration Systems, Inc's motion for judgment on the pleadings and to expunge lis pendens is GRANTED. Judgment entered in favor of defendants EMC Mortgage Corporation and Mortgage Electronic Registration Systems, Inc. and against Plaintiffs.

November 19, 2010

Date

/s/ Lance S. Wilson

Clerk

/s/ Eileen Sterba

(By) Deputy Clerk