# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN A. JOSEPHSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EMC MORTGAGE CORPORATION, et al., <br><br> Defendants. | 2:10-CV-336 JCM (PAL) |

## ORDER

Presently before the court is the case of *Josephson et. al. v. EMC Mortgage Corp. et. al.* (Case No. 2:10-cv-00336-JCM-PAL).

On September 2, 2011, pursuant to Local Rule 41-1, the clerk of the court informed plaintiff that if no action was taken in this case within thirty (30) days, the court would dismiss the case for want of prosecution. (Doc. #25). To date, plaintiff has not taken any further action.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case of *Josephson et. al. v. EMC Mortgage Corp. et. al.* (Case No. 2:10-cv-00336-JCM-PAL) be, and the same hereby is, DISMISSED.

DATED October 11, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**